GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER, SBN 263977
ABeringer@gibsondunn.com
JOSHUA A. JESSEN, SBN 222831
JJessen@gibsondunn.com
DANIEL Y. LI, SBN 268894
DLi@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 849-5300
Facsimile:   (650) 849-5333

Attorneys for Defendants
SPACE PENCIL, INC. D/B/A KISSMETRICS and
GIGA OMNI MEDIA, INC.

[Counsel For Additional Parties
Listed On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN B. KIM and DAN C. SCHUTZMAN, Individuals, on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPACE PENCIL, INC. D/B/A KISSMETRICS, BABYPIPS.COM, INVOLVER.COM, MOO, INC., SITENING, LLC., SHOEDAZZLE.COM INC., 8TRACKS INC., ABOUT.ME, FRIEND.LY, GIGA OMNI MEDIA, INC., HASOFFERS.COM, KONGREGATE INC., LIVEMOCHA INC., ROCKETTHEME, LLC, FITNESS KEEPER, INC., SEOMOZ, INC., SHARECASH, LLC., SLIDESHARE.NET, SPOKEO, INC., SPOTIFY USA, INC., VISUAL.LY, CONDUIT USA, FLITE, INC., TANGIENT, LLC, ETSY INC, AND IVILLIAGE, INC.;<br><br>Defendants. | CASE NO. 11-CV-3796 LB<br><br>**STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY VACATE DEADLINES FOR DEFENDANTS TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT PENDING OUTCOME OF MEDIATION**<br><br>Date Action Filed:  Aug. 1, 2011<br>Trial Date:  Not Set |

1

1    WHEREAS, on August 1, 2011, Plaintiffs John B. Kim and Dan C. Schutzman ("Plaintiffs")

2  filed a class action complaint against the twenty-six defendants listed on the caption page

3  ("Defendants") in the above-referenced matter (Docket No. 1);

4    WHEREAS, on September 7, 2011, Plaintiffs filed a First Amended Class Action Complaint

5  (the "Complaint') against Defendants (Docket No. 31);

6    WHEREAS, on September 30, 2011, this Court entered a Related Case Order relating this

7  case to Case No. 11-CV-03764 LB and transferring this case from Magistrate Judge Elizabeth D.

8  Laporte to this Court (Docket No. 38);

9    WHEREAS, on October 21, 2011, the parties received notice from the Clerk that the Court

10  has scheduled a Case Management Conference for January 26, 2012 at 10:30 a.m., and ordered the

11  parties to file a Joint Case Management Statement by January 19, 2012 (Docket No. 50);

12    WHEREAS, several Defendants have not yet been served, and the Defendants that have been

13  served have received various extensions of time to respond to the Complaint, including to October

14  27, 2011 (Docket Nos. 37, 41, 49), in order to coordinate response times;

15    WHEREAS, if the case moves forward, Plaintiffs may seek leave of Court, or may obtain the

16  agreement of Defendants, to file a Second Amended Complaint;

17    WHEREAS, if the case moves forward, Defendants plan to move to dismiss the Complaint

18  under at least Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and likely would also move to

19  dismiss any further amended complaint on similar grounds;

20    WHEREAS, prior to the filing of a potential further amended complaint and motions to

21  dismiss, and in the interests of judicial efficiency and the conservation of the parties' resources,

22  Plaintiffs and certain (and potentially all) of the Defendants wish to explore a resolution of this matter

23  through the services of a private mediator sometime before December 22, 2011; and

24    WHEREAS, the parties intend to notify the Court of the results of the mediation (and any

25  follow-up discussions) by no later than January 19, 2012, the date the Joint Case Management

26  Statement is due;

27    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties to this

28  Stipulation, through their respective counsel, and subject to the approval of this Court, as follows:

1.     Any existing deadlines for Defendants to respond to the Complaint, including the October 27, 2011 deadline, are hereby vacated.

2.     The parties shall notify the Court in their Joint Case Management Statement of the results of any mediation.

3.     If the parties have not reached a resolution of this matter by January 19, 2012, the parties shall inform the Court in their Joint Case Management Statement and set a briefing schedule for a Motion to Dismiss or address whether Plaintiffs may file an amended complaint.

The requested vacatur of the October 27, 2011 deadline of certain Defendants to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order. The parties previously stipulated to extend the time of various Defendants to respond to the Complaint (and the initial complaint) to various dates in October 2011. *See* Docket Nos. 12, 25-27, 29, 33, 37, 41, 49.

Respectfully submitted,

DATED: October 25, 2011              GIBSON, DUNN & CRUTCHER LLP

By:       /s/ *S. Ashlie Beringer*
                    S. Ashlie Beringer

Attorneys for Defendants
SPACE PENCIL, INC. D/B/A KISSMETRICS
and GIGA OMNI MEDIA, INC.

DURIE TANGRI LLP

By:       /s/ *Michael H. Page*
                   Michael H. Page

Attorneys for Defendants
SITENING LLC, FLITE, INC., MODULAR
PATTERNS, LTD., and ETSY, INC.

LAW OFFICES OF STEVEN A. ELLENBERG

1

By: _____/s/ *Mark. V. Boennighausen*_____

2
                Mark V. Boennighausen

3
Attorneys for Defendants
TANGIENT LLC and 8TRACKS, INC.

4

5
FOLEY & LARDNER LLP

6

7
By: _____/s/ *Anne Bradley*_____
                Anne Bradley

8
Attorneys for Defendant

9
SPOKEO, INC.

10
FENWICK & WEST LLP

11

12
By: _____/s/ *Sebastian Kaplan*_____

13
                Sebastian Kaplan

14
Attorneys for Defendants
INVOLVER, INC. and SLIDESHARE, INC.

15

16
MITCHELL SILBERBERG & KNUPP LLP

17

18
By: _____/s/ *Kevin E. Gaut*_____
                Kevin E. Gaut

19

20
Attorneys for Defendant
KONGREGATE INC.

21
PARISI & HAVENS LLP

22

23
By: _____/s/ *David C. Parisi*_____

24
                David C. Parisi

25
Attorneys for Plaintiffs
JOHN B. KIM and DAN C. SCHUTZMAN

26

27

28

Gibson, Dunn &
Crutcher LLP

Stipulation And [Proposed] Order – Case No. 11-CV-3796 LB

1

## ATTORNEY ATTESTATION

2         Pursuant to General Order 45, I, S. Ashlie Beringer, hereby attest that concurrence in the

3    filing of this document has been obtained from the above-listed counsel.

4

5    DATED:  October 25, 2011                    /s/ *S. Ashlie Beringer*
                                                     S. Ashlie Beringer
6

7

8    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10   Dated: _____ November 4, 2011

11

12

13   101172986.1

14



IT IS SO ORDERED

The Honorable Laurel Beeler
United States Magistrate Judge

Judge Laurel Beeler

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

**Stipulation And [Proposed] Order** – Case No. 11-CV-3796 LB