GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER, SBN 263977
ABeringer@gibsondunn.com
JOSHUA A. JESSEN, SBN 222831
JJessen@gibsondunn.com
DANIEL Y. LI, SBN 268894
DLi@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendants
SPACE PENCIL, INC. D/B/A KISSMETRICS and
GIGA OMNI MEDIA, INC.

[Counsel For Additional Parties
Listed On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN B. KIM and DAN C. SCHUTZMAN, Individuals, on Behalf of Themselves and Others Similarly Situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>SPACE PENCIL, INC. D/B/A KISSMETRICS, BABYPIPS.COM, INVOLVER.COM, MOO, INC., SITENING, LLC., SHOEDAZZLE.COM INC., 8TRACKS INC., ABOUT.ME, FRIEND.LY, GIGA OMNI MEDIA, INC., HASOFFERS.COM, KONGREGATE INC., LIVEMOCHA INC., ROCKETTHEME, LLC, FITNESS KEEPER, INC., SEOMOZ, INC., SHARECASH, LLC., SLIDESHARE.NET, SPOKEO, INC., SPOTIFY USA, INC., VISUAL.LY, CONDUIT USA, FLITE, INC., TANGIENT, LLC, ETSY INC, AND IVILLIAGE, INC.;<br><br>            Defendants. | CASE NO. 11-CV-3796 LB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE JANUARY 26, 2012 CASE MANAGEMENT CONFERENCE**<br><br>Date Action Filed: Aug. 1, 2011<br>Trial Date: Not Set |

WHEREAS, on August 1, 2011, Plaintiffs John B. Kim and Dan C. Schutzman ("Plaintiffs") filed a class action complaint against the twenty-six defendants listed on the caption page ("Defendants") in the above-referenced matter (Docket No. 1);

WHEREAS, on September 7, 2011, Plaintiffs filed a First Amended Class Action Complaint (the "Complaint') against Defendants (Docket No. 31);

WHEREAS, on September 30, 2011, this Court entered a Related Case Order relating this case to Case No. 11-CV-03764 LB and transferring this case from Magistrate Judge Elizabeth D. Laporte to this Court (Docket No. 38);

WHEREAS, on October 21, 2011, the parties received notice from the Clerk that the Court has scheduled a Case Management Conference for January 26, 2012 at 10:30 a.m., and ordered the parties to file a Joint Case Management Statement by January 19, 2012 (Docket No. 50);

WHEREAS, on November 4, 2011, this Court granted the parties' stipulation to temporarily vacate deadlines for Defendants to respond to the Complaint pending the outcome of mediation (Docket No. 56);

WHEREAS, pursuant to the parties' stipulation, the Court ordered the parties to notify the Court of the results of the mediation by no later than January 19, 2012, the date the Joint Case Management Statement is due;

WHEREAS, on December 19, 2011, certain of the parties participated in a meditation before the Honorable Edward A. Panelli (Ret.) of JAMS;

WHEREAS, the case was not resolved at the mediation, but following the mediation a written settlement offer was delivered by Plaintiffs and is currently being reviewed by Defendant Space Pencil, Inc. d/b/a KISSmetrics and its insurance carrier; and

WHEREAS, in light of these and related ongoing settlement negotiations among the parties, the parties believe that judicial efficiency will be maximized and that the interests of all parties will be best served by continuing the case management conference, along with all related deadlines, in order to provide the parties with additional time to explore the potential for a resolution of this matter;

1 THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties to this Stipulation, through their respective counsel, and subject to the approval of this Court, as follows:

1. Any deadlines for Defendants to respond to the Complaint that were vacated by the Court's November 4, 2011 Order remain vacated.

2. The Case Management Conference scheduled for January 26, 2012 is continued by four weeks to February 23, 2012 at 10:30 a.m.

3. The parties will conduct a Rule 26(f) conference by no later than February 13, 2012 and will file a Joint Case Management Statement by February 16, 2012.

4. If the parties have not reached a resolution of this matter by February 16, 2012, the parties shall inform the Court in their Joint Case Management Statement and set a briefing schedule for a motion to dismiss or address whether Plaintiffs may file an amended complaint.

Respectfully submitted,

DATED: January 11, 2012       GIBSON, DUNN & CRUTCHER LLP

By: _____/s/ *S. Ashlie Beringer*_____
       S. Ashlie Beringer

Attorneys for Defendants
SPACE PENCIL, INC. D/B/A KISSMETRICS
and GIGA OMNI MEDIA, INC.

DURIE TANGRI LLP

By: _____/s/ *Michael H. Page*_____
       Michael H. Page

Attorneys for Defendants
SITENING LLC, FLITE, INC., MODULAR PATTERNS, LTD., and ETSY, INC.

LAW OFFICES OF STEVEN A. ELLENBERG

By: _____/s/ *Mark. V. Boennighausen*_____
       Mark V. Boennighausen

1
2   Attorneys for Defendants
    TANGIENT LLC and 8TRACKS, INC.
3
4   MAYER BROWN LLP
5
    By: _____/s/ *John Nadolenco*_____
6           John Nadolenco
7   Attorneys for Defendant
    SPOKEO, INC.
8
9   FENWICK & WEST LLP
10
11  By: _____/s/ *Rodger Cole*_____
            Rodger Cole
12
13  Attorneys for Defendants
    INVOLVER, INC., SLIDESHARE, INC., and
14  FRIEND.LY
15
    MITCHELL SILBERBERG & KNUPP LLP
16
17  By: _____/s/ *Kevin E. Gaut* _____
            Kevin E. Gaut
18
19  Attorneys for Defendant
    KONGREGATE INC.
20
21  PARISI & HAVENS LLP
22
    By: _____/s/ *David C. Parisi*_____
23          David C. Parisi
24  Attorneys for Plaintiffs
    JOHN B. KIM and DAN C. SCHUTZMAN
25
26
27
28

Gibson, Dunn & Crutcher LLP

4

**Stipulation And [Proposed] Order** – Case No. 11-CV-3796 LB

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I, S. Ashlie Beringer, hereby attest that concurrence in the filing of this document has been obtained from the above-listed counsel.

DATED: January 11, 2012

                                   /s/ *S. Ashlie Beringer*
                                    S. Ashlie Beringer

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/18/2012

                              The Honorable Laurel Beeler
                              United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Laurel Beeler*

101172986.1