NIELSEN HALEY & ABBOTT LLP
STEPHEN W. CUSICK SBN 263977
scusick@nielsenhaley.com
44 Montgomery St. Suite 750
San Francisco CA 94104
Telephone: (415) 693-0090
Facsimile: (415) 693-9674

Attorneys for Defendant
SPACE PENCIL, INC. D/B/A KISSMETRICS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN B. KIM and DAN C. SCHUTZMAN, Individuals, on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPACE PENCIL, INC. D/B/A KISSMETRICS, BABYPIPS.COM, INVOLVER.COM, MOO, INC., SITENING, LLC., SHOEDAZZLE.COM INC., 8TRACKS INC., ABOUT.ME, FRIEND.LY, GIGA OMNI MEDIA, INC., HASOFFERS.COM, KONGREGATE INC., LIVEMOCHA INC., ROCKETTHEME, LLC, FITNESS KEEPER, INC., SEOMOZ, INC., SHARECASH, LLC., SLIDESHARE.NET, SPOKEO, INC., SPOTIFY USA, INC., VISUAL.LY, CONDUIT USA, FLITE, INC., TANGIENT, LLC, ETSY INC, AND IVILLIAGE, INC.;<br><br>Defendants. | CASE NO. 11-CV-3796 LB<br><br>**REPORT FOLLOWING SECOND MEDIATION SESSION, AND STIPULATION REGARDING:** and ORDER<br><br>(i) **FILING OF SECOND AMENDED COMPLAINT;**<br><br>(ii) **DEADLINES FOR SUBMITTING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS AND DATES FOR RULE 26(F) CONFERENCE;**<br><br>(iii) **CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DATES;**<br><br>**AND (PROPOSED) ORDER**<br><br>Date Action Filed: Aug. 1, 2011<br>Trial Date: Not Set |

**REPORT FOLLOWING MEDIATION**

1

Plaintiffs and defendant Space Pencil Inc. D/B/A KISSmetrics engaged in a second mediation session in this matter on February 15, 2012 before Hon. Justice Edward A. Panelli (Ret.). No agreement to settle was reached, so the parties are proceeding with the litigation.

During mediation, Plaintiffs indicated their intent to file an amended complaint.

Defendants agree with Plaintiffs that judicial efficiency and the interests of all parties will be best served by (i) allowing Plaintiffs to file their amended complaint within the next 30 days, (ii) having all parties then confer to set a briefing schedule for any motions to dismiss, and to set Rule 26(f) conference dates, within two weeks of receiving the amended complaint, and (iii) the parties' submission of a further stipulation to such dates. Given this agreement on how best to proceed in the near term, and given the possibility of some change in the line-up of parties when the amended complaint is filed, the parties believe that it would be efficient to continue the Case Management Conference currently set for March 8, 2012 until the parties submit those proposed briefing dates, and suggest the second week of May for that CMC.

## STIPULATION

WHEREAS, on August 1, 2011, Plaintiffs John B. Kim and Dan C. Schutzman ("Plaintiffs") filed a class action complaint against the twenty-six defendants listed on the caption page ("Defendants") in the above-referenced matter (Docket No. 1);

WHEREAS, on September 7, 2011, Plaintiffs filed an amended Class Action Complaint (the "Complaint") against Defendants (Docket No. 31);

WHEREAS, on September 30, 2011, this Court entered a Related Case Order relating this case to Case No. 11-CV-03764 LB and transferring this case from Magistrate Judge Elizabeth D. Laporte to this Court (Docket No. 38);

WHEREAS, on October 21, 2011, the parties received notice from the Clerk that the Court had scheduled a Case Management Conference for January 26, 2012, and ordered the parties to file a Joint Case Management Statement by January 19, 2012 (Docket No. 50);

WHEREAS, on November 4, 2011, this Court granted the parties' stipulation to temporarily vacate deadlines for Defendants to respond to the Complaint pending the outcome of mediation (Docket No. 56);

1     WHEREAS, on December 19, 2011, certain of the parties participated in a meditation before the Honorable Edward A. Panelli (Ret.) of JAMS, and continued negotiations after the mediation;

    WHEREAS, the Court thereafter ordered the Case Management Conference to be continued to February 23, 2012, and then to March 8, 2012, and also ordered the pre-conference deadlines to be continued (Docket Nos. 71 & 76);

    WHEREAS, a second mediation session was conducted before Justice Panelli on February 15, 2012;

    WHEREAS, the parties believe that judicial efficiency will be maximized and that the interests of all parties will be best served by (i) allowing Plaintiffs to proceed file their amended complaint within the next 30 days, (ii) having all parties then confer to set a briefing schedule for any motions to dismiss, and to set Rule 26(f) conference dates, within two weeks thereafter, followed by (iii) the parties' submission of a further stipulation to such dates, and (iv) continuing the Case Management Conference;

    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties to this Stipulation, through their respective counsel, and subject to the approval of this Court, as follows:

    1. Any deadlines for Defendants to respond to the Complaint that were vacated by the Court's November 4, 2011 Order remain vacated.

    2. Plaintiffs will file any amended complaint by April 2, 2012 (30 days out)

    3. The Case Management Conference scheduled for March 8, 2012 at 10:30 a.m. is continued to May 10, 2012, and the parties will file a Joint Case Management Statement by May 3, 2012.

    4. By April 16, 2012 (or two weeks after Defendants' receipt of the amended complaint), the parties will confer upon and file with the Court (i) a proposed briefing schedule for any motions to dismiss, and (ii) proposed Rule 26(f) conference dates.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2  DATED: March 2, 2012 | NIELSEN HALEY & ABBOTT LLP |

By: /s/ Stephen W. Cusick
         Stephen W. Cusick

Attorneys for Defendant
SPACE PENCIL, INC. D/B/A KISSMETRICS


GIBSON, DUNN & CRUTCHER LLP


By: :  /s/ S. Ashlie Beringer
         S. Ashlie Beringer

Attorneys for Defendants
SPACE PENCIL, INC. D/B/A KISSMETRICS
and GIGA OMNI MEDIA, INC.

DURIE TANGRI LLP


By::  /s/ Michael H. Page
         Michael H. Page

Attorneys for Defendants
SITENING LLC, FLITE, INC., MODULAR
PATTERNS, LTD., and ETSY, INC.

LAW OFFICES OF STEVEN A. ELLENBERG


By:  /s/ Mark V. Boennighhausen
         Mark V. Boennighausen

Attorneys for Defendants
TANGIENT LLC and 8TRACKS, INC.

MAYER BROWN LLP

By:    */s/ John Nadolenco*
        John Nadolenco

Attorneys for Defendant
SPOKEO, INC.

FENWICK & WEST LLP

By:    */s/ Rodger Cole*
        Rodger Cole

Attorneys for Defendants
INVOLVER, INC., SLIDESHARE, INC., and FRIEND.LY

MITCHELL SILBERBERG & KNUPP LLP

By:    */s/ Kevin Gaut*
        Kevin E. Gaut

Attorneys for Defendant
KONGREGATE INC.

PARISI & HAVENS LLP

By:    */s/ David C. Parisi*
        David C. Parisi

Attorneys for Plaintiffs
JOHN B. KIM and DAN C. SCHUTZMAN

### ATTORNEY ATTESTATION

Pursuant to General Order 45, I, Stephen W. Cusick, hereby attest that concurrence in the filing of this document has been obtained from the above-listed counsel.

DATED: 3/2/2012

                              Stephen W. Cusick

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 5, 2012

_____
The Honorable Laurel Beeler
United States Magistrate Judge

Report following Mediation, Stipulation to Allow Amended Complaint, etc. and Proposed Order – Case No. 11-CV-3796 LB