STEPHEN W. CUSICK, SBN 111353
    scusick@nielsenhaley.com
NIELSEN HALEY & ABBOTT LLP
44 Montgomery St. Suite 750
San Francisco CA 94104
Telephone (415) 693-0900
Facsimile (415) 693-9674

S. ASHLIE BERINGER, SBN 263977
aberinger@gibsondunn.com
JOSHUA A. JESSEN, SBN 222831
jjessen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendant

SPACE PENCIL, INC.
D/B/A KISSMETRICS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN B. KIM and DAN C. SCHUTZMAN, Individually, on Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>SPACE PENCIL, INC. D/B/A KISSMETRICS, et al.,<br><br>                Defendants. | Case No. 3:11-cv-03796-LB<br>**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**: ORDER<br><br>Date:          Sept. 20, 2012<br>Time:          10:30 A.M.<br>Place:          Courtroom C   (S.F.)<br>Magistrate Judge:  Hon. Laurel Beeler |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Defendant Space Pencil, Inc., d/b/a

Kissmetrics, hereby withdraws its Motion To Dismiss Second Amended Complaint,

which motion is currently set for hearing on September 20, 2012.  The motion is being

withdrawn because the parties have agreed to settle the matter.

DATED: August 17, 2012          NIELSEN HALEY & ABBOTT LLP

By: _____

STEPHEN W. CUSICK

Attorneys for Defendant KISSMETRICS

<u>Additional Counsel for KISSMETRICS</u>

S. ASHLIE BERINGER, SBN 263977
ABERINGER@GIBSONDUNN.COM
JOSHUA A. JESSEN, SBN 222831
JJESSEN@GIBSONDUNN.COM
GIBSON, DUNN & CRUTCHER LLP
1881 PAGE MILL ROAD
PALO ALTO, CA 94304-1211
TELEPHONE: (650) 849-5300
FACSIMILE: (650) 849-5333

```
Counsel to submit dismissal papers by October 18, 2012.
Date: August 21, 2012
```

LAUREL BEELER

U.S. MAGISTRATE JUDGE