1  Scott A. Kamber (pro hac vice)
   skamber@kamberlaw.com
2  David A. Stampley (pro hac vice)
   dstampley@kamberlaw.com
3  KAMBERLAW, LLC
   100 Wall Street, 23rd Floor
4  New York, NY 10005
   Telephone: (212) 920-3072
5  Facsimile: (212) 202-6364

6  *Attorneys for Plaintiffs*

7  Brian R. Strange (SBN 103252)           David C. Parisi (SBN 162248)
   lacounsel@earthlink.net                 dcparisi@parisihavens.com
8  STRANGE & CARPENTER                     PARISI & HAVENS LLP
   12100 Wilshire Blvd., Suite 1900        15233 Valleyheart Drive
9  Los Angeles, California 90025           Sherman Oaks, CA 91403
   Telephone:   (310) 207-5055             Telephone: (818) 990-1299
10 Facsimile:   (310) 826-3210             Facsimile: (818) 501-7852

11 *Attorneys for Plaintiffs*              *Attorneys for Plaintiffs*

12 Stephen W. Cusick (SBN 111353)          S. Ashlie Beringer (SBN 263977)
   scusick@nielsenhaley.com                aberinger@gibsondunn.com
13 NIELSEN HALEY & ABBOTT LLP              GIBSON, DUNN & CRUTCHER LLP
   44 Montgomery St. Suite 750             1881 Page Mill Road
14 San Francisco CA 94104                  Palo Alto, CA 94304
   Telephone (415) 693-0900                Telephone:  (650) 849-5300
15 Facsimile (415) 693-9674                Facsimile:  (650) 849-5333

16 *Attorneys for Defendant*               *Attorneys for Defendant*

17
**UNITED STATES DISTRICT COURT**
18  **NORTHERN DISTRICT OF CALIFORNIA**
    **SAN FRANCISCO DIVISION**
19

20 JOHN B. KIM, *et al.*,                  Case No. 3:11-cv-03796-LB

21        Plaintiffs,                      **JOINT STATEMENT RE PROPOSAL**
                                           **FOR HEARING ON MOTION FOR**
22     v.                                  **APPROVAL**

23
   SPACE PENCIL, INC., D/B/A               Assigned to the Hon. Laurel Beeler
24 KISSMETRICS, *et al*.                   Location:    Courtroom C – 15th Floor

25        Defendants.

26

27

28

Case No. 3:11-CV-03796-LB

Pursuant to this Court's order entered October 18, 2012 (Dkt. No. 99), the parties jointly submit this statement.

Plaintiffs John B. Kim and Dan C. Schutzman filed a Motion for Approval of Class Action Settlement and a Motion for an Award of Attorneys' Fees and Incentive Awards for the Named Plaintiffs on October 18, 2012 (Dkt. Nos. 97 and 98) and requested that this Court hear the motions on October 24, 2012.

Defendant Space Pencil, Inc., doing business as Kissmetrics, does not oppose the motions or a hearing of the motions on October 24, 2012 and will file notices of non-opposition by close of business today.

If this Court is available for a hearing on the motions on October 24, 2012 at 10:30 a.m., all parties respectfully request that the court hear the motions on that date, or another date that is available with the Court.

DATED: October 19, 2012                         NIELSEN HALEY & ABBOTT LLP


                                                By: ____s/Stephen W. Cusick____
                                                         Stephen W. Cusick

                                                Attorneys for Defendant
                                                SPACE PENCIL, INC. D/B/A
                                                KISSMETRICS


                                                GIBSON, DUNN & CRUTCHER LLP


                                                By: ____s/S. Ashlie Beringer____
                                                         S. Ashlie Beringer

                                                Attorneys for Defendant
                                                SPACE PENCIL, INC. D/B/A
                                                KISSMETRICS

| | |
|---|---|
| 1  DATED:  October 19, 2012 | KAMBERLAW, LLC |
| 2 | |
| 3 | By: _____s/Scott A. Kamber_____ |
| 4 |       Scott A. Kamber |
| 5 | Attorneys for Plaintiffs John B. Kim and Dan C. Schutzman |
| 6 | STRANGE & CARPENTER |
| 7 | |
| 8 | By: _____s/Brian Strange_____ |
| |       Brian Strange |
| 9 | Attorneys for Plaintiffs John B. Kim and Dan C. Schutzman |
| 10 | |
| 11 | |
| 12 | PARISI & HAVENS LLP |
| 13 | |
| 14 | By: _____s/David C. Parisi_____ |
| |       David C. Parisi |
| 15 | Attorneys for Plaintiffs John B. Kim and Dan C. Schutzman |