1   GIBSON, DUNN & CRUTCHER LLP
    S. ASHLIE BERINGER, SBN 263977
2   ABeringer@gibsondunn.com
    JOSHUA A. JESSEN, SBN 222831
3   JJessen@gibsondunn.com
    1881 Page Mill Road
4   Palo Alto, California  94304
    Telephone:  (650) 849-5300
5   Facsimile:   (650) 849-5333

6   Attorneys for Defendant
    SPACE PENCIL, INC. D/B/A KISSMETRICS
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  JOHN B. KIM and DAN C. SCHUTZMAN,            CASE NO. 3:11-cv-03796 LB
    Individuals, on Behalf of Themselves and Others
13  Similarly Situated,                          **NOTICE OF NON-OPPOSITION TO**
                                                 **PLAINTIFFS' MOTION FOR APPROVAL**
14                                               **OF CLASS ACTION SETTLEMENT AND**
                        Plaintiffs,              **PLAINTIFFS' EX PARTE APPLICATION**
15         v.                                    **TO SPECIALLY SET HEARING ON**
                                                 **MOTION FOR APPROVAL**
16  SPACE PENCIL, INC. D/B/A KISSMETRICS,
    BABYPIPS.COM, INVOLVER.COM, MOO,            Assigned to the Hon. Laurel Beeler
17  INC., SITENING, LLC., SHOEDAZZLE.COM
    INC., 8TRACKS INC., ABOUT.ME,
18  FRIEND.LY, GIGA OMNI MEDIA, INC.,
    HASOFFERS.COM, KONGREGATE INC.,
19  LIVEMOCHA INC., ROCKETTHEME, LLC,
    FITNESS KEEPER, INC., SEOMOZ, INC.,
20  SHARECASH, LLC., SLIDESHARE.NET,
    SPOKEO, INC., SPOTIFY USA, INC.,
21  VISUAL.LY, CONDUIT USA, FLITE, INC.,
    TANGIENT, LLC, ETSY INC, AND
22  IVILLIAGE, INC.;
23
24                       Defendants.

25

26         NOTICE IS HEREBY GIVEN that defendant Space Pencil, Inc. D/B/A KISSmetrics does not

27  oppose the granting of the following motions filed by Plaintiffs on October 18, 2012:

28         1.      Motion for Approval of Class Action Settlement (Docket 97); and

Gibson, Dunn &
Crutcher LLP                                  1

1        2.      Ex Parte Application to Specially Set Hearing on Motion for Approval (Docket 96).

2

3   DATED:  October 19, 2012                GIBSON, DUNN & CRUTCHER LLP

4

5                                  By:  _____/s/ *S. Ashlie Beringer*_____
                                             S. Ashlie Beringer

6

7                                  Attorneys for Defendant
                                  SPACE PENCIL, INC. D/B/A KISSMETRICS

8

9   101389394.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

**Notice of Non-Opposition to Plaintiffs' Motions** – Case No. 3:11-CV-3796 LB

1

## DECLARATION OF SERVICE

2     I, Lorraine Nishiguchi, declare as follows:

3     I am employed in the County of Santa Clara, State of California; I am over the age of 18 years

4  and am not a party to this action; my business address is 1881 Page Mill Road, Palo Alto, California

5  94304, in said County and State.  On October 19, 2012, I served the within **NOTICE OF NON-**

6  **OPPOSITION TO PLAINTIFFS' MOTION FOR APPROVAL OF CLASS ACTION**

7  **SETTLEMENT AND PLAINTIFFS' EX PARTE APPLICATION TO SPECIALLY SET**

8  **HEARING ON MOTION FOR APPROVAL** to all named counsel of record as follows:

9       **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents
        utilizing the United States District Court, Northern District of California's mandated ECF
10       (Electronic Case Filing) service.  Counsel of record are required by the Court to be registered e-
        filers, and as such are automatically e-served with a copy of the documents upon confirmation of
11       e-filing.

12    I certify under penalty of perjury that the foregoing is true and correct, that the foregoing

13  document(s) were printed on recycled paper, and that this Declaration of Service was executed by the

14  undersigned on October 19, 2012, at Palo Alto, California.

15

16                                          /s/ *Lorraine Nishiguchi*
                                          LORRAINE NISHIGUCHI

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

3

**Notice of Non-Opposition to Plaintiffs' Motions** – Case No. 3:11-CV-3796 LB