UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOHN B. KIM and DAN C. SCHUTZMAN, Individuals, on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPACE PENCIL, INC. ET AL,<br><br>Defendants._____/ | No. C 11-03796 LB<br><br>ORDER DENYING APPLICATION TO SPECIALLY SET HEARING |

Due to scheduling conflicts, the court cannot address the pending motions on the expedited schedule the parties request. The court sets the pending motions for class certification and attorney fees for 11/15 at 11:00 a.m. If this date is not convenient, the parties may arrange a later date with Ms. Scott on the regular motions calendar.

**IT IS SO ORDERED.**

Dated: October 23, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-03796 LB (ORDER)