STEPHEN W. CUSICK, SBN 111353
  scusick@nielsenhaley.com
NIELSEN HALEY & ABBOTT LLP
44 Montgomery St. Suite 750
San Francisco CA 94104
Telephone (415) 693-0900
Facsimile (415) 693-9674

Attorneys for Defendant SPACE PENCIL, INC.
D/B/A KISSMETRICS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN B. KIM and DAN C. SCHUTZMAN, Individually, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPACE PENCIL, INC. D/B/A KISSMETRICS, et. al.<br><br>Defendants. | USDC ND CAL NO. 3:11-cv-03796-LB<br><br>**STIPULATION TO DISMISSAL** ;<br>ORDER<br><br><br><br>MAGISTRATE JUDGE LAUREL BEELER |

Plaintiffs John B. Kim and Dan C. Schutzman, on behalf of themselves and others (collectively, "Plaintiffs") and Defendant Space Pencil, Inc. d/b/a/ KISSmetrics ("KISSmetrics" ), having reached and implemented the settlement agreement referred to in this Court's November 28, 2012 order approving same, hereby stipulate to dismissal with prejudice of the Second Amended Complaint filed April 2, 2012 in this matter. This stipulation is by all remaining parties to the action, and hence disposes of the action in its entirety.

///

///

Respectfully submitted,

DATED: January 10, 2013          NIELSEN HALEY & ABBOTT LLP

By: _____

STEPHEN W. CUSICK

Attorneys for Defendant KISSMETRICS

Additional Counsel for KISSMETRICS

S. ASHLIE BERINGER, SBN 263977
ABERINGER@GIBSONDUNN.COM
JOSHUA A. JESSEN, SBN 222831
JJESSEN@GIBSONDUNN.COM
GIBSON, DUNN & CRUTCHER LLP
1881 PAGE MILL ROAD
PALO ALTO, CA 94304-1211
TELEPHONE: (650) 849-5300
FACSIMILE: (650) 849-5333


PARISI & HAVENS LLP

        /S/
By: _____
        DAVID C. PARISI

Attorneys for Plaintiffs
JOHN B. KIM and DAN C. SCHUTZMAN

Date: January 11, 2013

**APPROVED**
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO DISMISSAL

## ATTORNEY ATTESTATION

Pursuant to General Order 45, I, Stephen W. Cusick, hereby attest that concurrence in the filing of this document has been obtained from the above-listed counsel.

DATED: January 10, 2013

_____
Stephen W. Cusick